

**FILED**
6/29/2026
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

**AXM**

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

UNITED STATES OF AMERICA

v.

CIPRIANO MIRANDO-GARCIA
    also known as "Cipriano Miranda-Garcia"

Violation: Title 8, United States Code, Section 1326(a)

**1:26-cr-343**
**Judge Lindsay C. Jenkins**
**Magistrate Judge Heather K. McShain**
**Random / Cat. 5**

The SPECIAL APRIL 2025 GRAND JURY charges:

On or about March 14, 2026, at Elgin, Illinois, in the Northern District of Illinois, Eastern Division,

CIPRIANO MIRANDO-GARCIA,
also known as Cipriano Miranda-Garcia,

defendant herein, an alien who previously had been deported and removed from the United States on or about April 16, 2015, was present and found in the United States without previously having obtained the express consent of the Secretary of the Department of Homeland Security for reapplication by defendant for admission into the United States;

In violation of Title 8, United States Code, Section 1326(a).

A TRUE BILL:

_____
FOREPERSON

_____
UNITED STATES ATTORNEY